UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| SELAH ADKINS, individually, and on behalf of themselves and other similarly situated current and former employees, <br><br>*Plaintiffs*, <br><br>v. <br><br>NEW POWER ZX, LLC, <br><br>*Defendant*. | Case No. 3:23-cv-62 <br><br>Judge Travis R. McDonough <br><br>Magistrate Judge Jill E. McCook |

## JUDGMENT ORDER

Consistent with the contemporaneously filed memorandum and order, this action is **DISMISSED WITH PREJUDICE**. The Clerk is hereby **DIRECTED** to **CLOSE** the case.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
   s/ LeAnna R. Wilson
   CLERK OF COURT